[No. 7301–0–I. Division One. March 24, 1980.]

JACK T. BELL, ET AL, *Respondents*, v. RUDY HEGEWALD, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 58067, John N. Skimas, J., entered June 2, 1978. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7320–6–I. Division One. March 24, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. SINGLETON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87473, Barbara J. Rothstein, J., entered January 31, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and Andersen, J.

[No. 7355–9–1. Division One. March 24, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE BRIGHAM YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78895, David C. Hunter, J., entered October 31, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, J., Swanson, J., concurring in part and dissenting in part.